FILED

03/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 21-0521

PLANNED PARENTHOOD OF MONTANA, et al.,

*Plaintiffs-Appellees*,

v.

STATE OF MONTANA, by and through AUSTIN KNUDSEN, IN HIS
OFFICIAL CAPACITY AS ATTORNEY GENERAL,

*Defendant-Appellant.*

## ORDER

Upon consideration of Appellant's motion for a 8-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 15, 2022, within which to prepare, serve, and file its reply brief.

DD

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
March 29 2022